UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

NEIL C LEWIS                                                    CASE NO. 09-15828
AUTUMN L LEWIS                                          CHAPTER 7
              DEBTOR(S).

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #5 of Fort Wayne Radiology
> Account number:  1819
> Claimed amount:  $123.00
> Pro rata distribution:  $2.26
>
> Claim #11 of Allen Co Pub Lib
> Account number:  2861
> Claimed amount:  $4.75
> Pro rata distribution:  $0.09
>
> Claim #12 of Pediatric Medical Group
> Account number:  19439
> Claimed amount:  $83.80
> Pro rata distribution:  $1.54
>
> Claim #20 of Redi Med
> Account number:  07-48620
> Claimed amount:  $92.00
> Pro rata distribution:  $1.69

Claim #26 of Associated Anesthesiologists
Account number:  08-03078
Claimed amount:  $84.60
Pro rata distribution:  $1.55

Claim #27 of Associated Anesthesiologists
Account number:  08-65044
Claimed amount:  $75.20
Pro rata distribution:  $1.38

Claim #28 of Indiana Pathology
Account number:  09-82153
Claimed amount:  $84.00
Pro rata distribution:  $1.55

**TOTAL AMOUNT OF ALL CLAIMS: $10.06**

3.  Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.  Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  March 1, 2011
/s/ Mark A. Warsco
Mark A. Warsco, Trustee
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 469-0256
e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on March 1, 2011:

| | |
|---|---|
| EARL RASKOSKY<br>eraskosky@raskosky.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Fort Wayne Radiology<br>Lockbox A20<br>PO Box 2601<br>Fort Wayne, IN 46801 | Allen Co Pub Lib<br>ACPL<br>PO BOX 2270<br>Ft. Wayne, IN 46201-2270 |
| Pediatric Medical Group<br>2814 Theater Ave.<br>Huntington, IN 46750 | Redi Med<br>Associated Anesthesiologists<br>Indiana Pathology<br>c/o Snow & Sauerteig<br>203 E Berry St STe 1310<br>Ft Wayne, In 46802 |

        /s/  Mark A. Warsco
        Mark A. Warsco, Trustee